UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHARLES MAYBERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN CATES,<br><br>    Defendant. | Case No.: 1:22-cv-1177 JLT BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITH PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 10) |

On December 22, 2022, the assigned magistrate judge screened the First Amended Complaint and found Plaintiff failed to state a cognizable claim upon which relief may be granted. (Doc. 10.) The magistrate judge observed that Plaintiff was previously "provided with the relevant legal standards" and failed to cure the deficiencies of his pleadings. (*Id.* at 11.) Therefore, the magistrate judge recommended the complaint be dismissed without leave to amend. (*Id.*)

The Court granted Plaintiff 14 days to file any objections to the Findings and Recommendations, following service on December 22, 2022. (Doc. 10 at 11.) The Court also advised him that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate's factual findings' on appeal." (*Id.* at 11-12, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).) Plaintiff did not file objections, and the deadline to do so has expired.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on December 22, 2022 (Doc. 10), are **ADOPTED** in full.
2. This action is **DISMISSED with prejudice**, for failure to state a cognizable claim upon which relief may be granted.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 24, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE